**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF ILLINOIS

Case number *(if known)* _____   Chapter   **11**

☐ Check if this is an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | **V820Jackson, LLC** | |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **20-8785098** | |

**4.   Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **820 W. Jackson Blvd.** **Suite 550** **Chicago, IL 60607** Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Cook** County | **Location of principal assets, if different from principal place of business** Number, Street, City, State & ZIP Code |

**5.   Debtor's website** (URL)   _____

**6.   Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor   **V820Jackson, LLC**
　　　　　Name

Case number (*if known*) _____

---

**7.  Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

■ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☐ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

　　　__6531__

---

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**    *Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply:*

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| | | | | | |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

---

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
■ Yes.

---

| Debtor | **V820Jackson, LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

| List all cases. If more than 1, attach a separate list | Debtor | **V850Jackson, LLC** | Relationship | **Affiliate** |
|---|---|---|---|---|
| | District | **Northern District of Illinois, Eastern Division** | When | **5/05/25** | Case number, if known | **25-06934** |

---

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?**
_____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____
Contact name _____
Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**   .   *Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☑ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☑ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☑ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

| Debtor | **V820Jackson, LLC** | Case number (*if known*) |
|---|---|---|
| | Name | |

---

**Request for Relief, Declaration, and Signatures**

---

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **May 11, 2025**
　　　　　　　　　MM / DD / YYYY

**X** **/s/ Andrew P. Vaccaro**　　　　　　　　　**Andrew P. Vaccaro**
Signature of authorized representative of debtor　　Printed name

Title   **Manager**

---

**18. Signature of attorney**

**X** **/s/ Ariel Weissberg**　　　　　　　Date   **May 11, 2025**
Signature of attorney for debtor　　　　　　　　MM / DD / YYYY

**Ariel Weissberg 03125591**
Printed name

**Weissberg and Associates, Ltd.**
Firm name

**125 South Wacker Drive**
**Suite 300**
**Chicago, IL 60606**
Number, Street, City, State & ZIP Code

Contact phone   **312-663-0004**　　　Email address   **ariel@weissberglaw.com**

**03125591 IL**
Bar number and State

**Fill in this information to identify the case:**

Debtor name   **V820Jackson, LLC**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF ILLINOIS

Case number (if known)   _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors      **12/15**

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

| | Declaration and signature |
|---|---|

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule*
☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration   _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **May 11, 2025**          X **/s/ Andrew P. Vaccaro**
                                         Signature of individual signing on behalf of debtor

                                         **Andrew P. Vaccaro**
                                         Printed name

                                         **Manager**
                                         Position or relationship to debtor

| Fill in this information to identify the case: | |
| --- | --- |
| Debtor name    **V820Jackson, LLC** | |
| United States Bankruptcy Court for the:    **NORTHERN DISTRICT OF ILLINOIS** | ☐ Check if this is an |
| Case number (if known): _____ | amended filing |

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| --- | --- | --- | --- | --- | --- | --- |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **820 W. Jackson, LLC c/o Monte Mann, Armstrong Teasdale 100 N. Riverside Plaza Chicago, IL 60606** | | **820 W. Jackson, Chicago, Illinois** | **Disputed** | | | **$2,757,644.37** |
| **Atomatic Mechanical Services Inc. 3733 N Ventura Dr Arlington Heights, IL 60004** | | | **Disputed** | | | **$30,382.60** |
| **CBRE, Inc. PO Box 15531, Location Code 2993 Chicago, IL 60696** | | | **Disputed** | | | **$42,786.25** |
| **Cushman & Wakefield U.S., Inc. 225 West Wacker Drive, Suite 3000 Chicago, IL 60606** | | | **Disputed** | | | **$86,764.71** |
| **Daspin & Aument, LLP 300 S. Wacker Drive, Suite 2200 Chicago, IL 60606** | | | **Disputed** | | | **$48,695.99** |
| **Dykema Gosset PLLC 400 Renaissance Center Detroit, MI 48243** | | | **Disputed** | | | **$7,410.65** |
| **Everest Snow Management Inc. 642 Forestwood Dr Chicago, IL 60646** | | | **Disputed** | | | **$7,509.00** |

| Debtor | **V820Jackson, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Fulcrum Commercial Real Estate Services LLC 125 Park Avenue, 9th Floor New York, NY 10017** | | | **Disputed** | | | **$18,380.00** |
| **Huntington National Bank c/ Andrew Eres, Dickenson Wright 55 W. Monroe, Suite 1200 Chicago, IL 60603** | | **820 W. Jackson, Chicago, Illinois** | | **$27,389,573.40** | **$6,500,000.00** | **$20,889,573.40** |
| **Innova Solutions, Inc. 1455 Lincoln Parkway East, STE 450 Atlanta, GA 30346** | | | **Disputed** | | | **$28,784.01** |
| **Kastle Chicago LLC PO Box 781263 Philadelphia, PA 19178** | | | **Disputed** | | | **$12,743.94** |
| **Kineo Group Inc. 625 W Adams St Chicago, IL 60661** | | | **Disputed** | | | **$12,000.00** |
| **Legends / JMI Rights Holders LLC 820 W Jackson Blvd Chicago, IL 60607** | | | **Disputed** | | | **$24,050.00** |
| **Midway Building Services 33 N LaSalle Street, Suite 3200 Chicago, IL 60602** | | | **Disputed** | | | **$61,498.51** |
| **Morcom Construction Co. 521 East 67th Street Chicago, IL 60637** | | | **Disputed** | | | **$6,700.00** |
| **Prudential Defense Solutions 210 W Front St #1077 Monroe, MI 48161** | | | **Disputed** | | | **$17,421.35** |
| **Reilly & Dooley LLC 30 N Lasalle St, Suite 2330 Chicago, IL 60602** | | | **Disputed** | | | **$16,250.00** |

Debtor    **V820Jackson, LLC**
_____
Name

Case number *(if known)* _____

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Schindler Elevator Corporation PO Box 93050 Chicago, IL 60673** | | | **Disputed** | | | **$6,997.59** |
| **Titan Security Services, LLC PO BOX 95790 Chicago, IL 60694** | | | **Disputed** | | | **$64,698.46** |
| **Willis Towers Watson 35371 Network Place Chicago, IL 60673** | | | **Disputed** | | | **$11,528.64** |

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **V820Jackson, LLC** |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ILLINOIS |
| Case number (if known) | |

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property          **12/15**

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

| 2. **List in alphabetical order all creditors** who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim. | | *Column A*<br>**Amount of claim**<br>Do not deduct the value of collateral. | *Column B*<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1** **Huntington National Bank** <br> Creditor's Name <br> **c/ Andrew Eres, Dickenson Wright** <br> **55 W. Monroe, Suite 1200** <br> **Chicago, IL 60603** <br> Creditor's mailing address <br><br> Creditor's email address, if known <br><br> **Date debt was incurred** <br><br> **Last 4 digits of account number** <br><br> **Do multiple creditors have an interest in the same property?** <br> ■ No <br> ☐ Yes. Specify each creditor, including this creditor and its relative priority. | **Describe debtor's property that is subject to a lien** <br> **820 W. Jackson, Chicago, Illinois** <br><br><br> **Describe the lien** <br><br> **Is the creditor an insider or related party?** <br> ■ No <br> ☐ Yes <br> **Is anyone else liable on this claim?** <br> ■ No <br> ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) <br><br> **As of the petition filing date, the claim is:** <br> Check all that apply <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | **$27,389,573.40** | **$6,500,000.00** |

| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | **$27,389,573.40** |
|---|---|---|

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

**Fill in this information to identify the case:**

Debtor name   **V820Jackson, LLC**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF ILLINOIS

Case number (if known)   _____

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                      12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:**   **List All Creditors with PRIORITY Unsecured Claims**

1.   **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

**Part 2:**   **List All Creditors with NONPRIORITY Unsecured Claims**

3.   List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
   out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,757,644.37** |
|---|---|---|---|

**820 W. Jackson, LLC**
**c/o Monte Mann, Armstrong Teasdale**
**100 N. Riverside Plaza**
**Chicago, IL 60606**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **820 W. Jackson, Chicago, Illinois**

Is the claim subject to offset? ■ No ☐ Yes

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$238.44** |
|---|---|---|---|

**A. Messe Supply Corp.**
**2500 W. Lake Street**
**Chicago, IL 60612**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$728.05** |
|---|---|---|---|

**Access One, Inc.**
**PO Box 74008744**
**Chicago, IL 60674**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$501.35** |
|---|---|---|---|

**Anderson Lock Company, Ltd**
**850 E. Oakton St**
**Des Plaines, IL 60018**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **5668**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **V820Jackson, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.5** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,250.00**

**Antarctic Mechanical Systems, Inc.**
**9341 Ada Don Parkway**
**Woodridge, IL 60517**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.6** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$30,382.60**

**Atomatic Mechanical Services Inc.**
**3733 N Ventura Dr**
**Arlington Heights, IL 60004**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.7** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$42,786.25**

**CBRE, Inc.**
**PO Box 15531, Location Code 2993**
**Chicago, IL 60696**

Date(s) debt was incurred _

Last 4 digits of account number **9001**

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.8** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,940.75**

**Celtic Commercial Painting LLC**
**10204 Werch Drive, Suite 303**
**Woodridge, IL 60517**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.9** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,474.06**

**Central Pension Fund**
**PO Box 418433**
**Boston, MA 02241**

Date(s) debt was incurred _

Last 4 digits of account number **2025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.10** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,328.00**

**Christopher Glass & Aluminum, Inc**
**832 Industrial Dr,**
**Elmhurst, IL 60126**

Date(s) debt was incurred _

Last 4 digits of account number **9701**

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.11** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,800.00**

**Conservice, LLC DBA Goby ESG**
**PO Box 1500**
**Hemet, CA 92546**

Date(s) debt was incurred _

Last 4 digits of account number **2551**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **V820Jackson, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.12** | Nonpriority creditor's name and mailing address
**Cushman & Wakefield U.S., Inc.**
**225 West Wacker Drive, Suite 3000**
**Chicago, IL 60606**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No  ☐ Yes

**$86,764.71**

---

**3.13** | Nonpriority creditor's name and mailing address
**Daspin & Aument, LLP**
**300 S. Wacker Drive, Suite 2200**
**Chicago, IL 60606**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No  ☐ Yes

**$48,695.99**

---

**3.14** | Nonpriority creditor's name and mailing address
**Domain Networks**
**PO Box 1280**
**Hendersonville, NC 28793**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No  ☐ Yes

**$118.49**

---

**3.15** | Nonpriority creditor's name and mailing address
**Dreisilker Electric Motors Inc**
**PO Box 88528**
**Milwaukee, WI 53288**

Date(s) debt was incurred _
Last 4 digits of account number  **0041**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No  ☐ Yes

**$525.01**

---

**3.16** | Nonpriority creditor's name and mailing address
**Dykema Gosset PLLC**
**400 Renaissance Center**
**Detroit, MI 48243**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No  ☐ Yes

**$7,410.65**

---

**3.17** | Nonpriority creditor's name and mailing address
**E Sam Jones Distributor, Inc**
**P.O. Box 536794**
**Atlanta, GA 30353**

Date(s) debt was incurred _
Last 4 digits of account number  **6000**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No  ☐ Yes

**$903.81**

---

**3.18** | Nonpriority creditor's name and mailing address
**Everest Snow Management Inc.**
**642 Forestwood Dr**
**Chicago, IL 60646**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No  ☐ Yes

**$7,509.00**

---

| Debtor | **V820Jackson, LLC** | | | Case number *(if known)* | |
|---|---|---|---|---|---|
| | Name | | | | |

---

**3.19** | **Nonpriority creditor's name and mailing address**
**Every Little Detail Event Planning,**
**740 Edinburgh Court**
**Barrington, IL 60010**

Date(s) debt was incurred ___

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: ___

Is the claim subject to offset? ■ No ☐ Yes

**$4,023.67**

---

**3.20** | **Nonpriority creditor's name and mailing address**
**FedEx**
**P.O. Box 94515**
**Palatine, IL 60094**

Date(s) debt was incurred ___

Last 4 digits of account number **4401**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: ___

Is the claim subject to offset? ■ No ☐ Yes

**$31.19**

---

**3.21** | **Nonpriority creditor's name and mailing address**
**Finkel, Martwick & Colson**
**203 N. LaSalle St, Suite 135**
**Chicago, IL 60601**

Date(s) debt was incurred ___

Last 4 digits of account number **7306**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: ___

Is the claim subject to offset? ■ No ☐ Yes

**$5,030.00**

---

**3.22** | **Nonpriority creditor's name and mailing address**
**Fulcrum Commercial Real Estate**
  **Services LLC**
**125 Park Avenue, 9th Floor**
**New York, NY 10017**

Date(s) debt was incurred ___

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: ___

Is the claim subject to offset? ■ No ☐ Yes

**$18,380.00**

---

**3.23** | **Nonpriority creditor's name and mailing address**
**Global Equipment Company**
**29833 Network Place**
**Chicago, IL 60673**

Date(s) debt was incurred ___

Last 4 digits of account number **7057**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: ___

Is the claim subject to offset? ■ No ☐ Yes

**$1,327.93**

---

**3.24** | **Nonpriority creditor's name and mailing address**
**Gremley & Biedermann**
**PO Box 92170**
**Elk Grove Village, IL 60009**

Date(s) debt was incurred ___

Last 4 digits of account number **3883**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: ___

Is the claim subject to offset? ■ No ☐ Yes

**$2,762.50**

---

**3.25** | **Nonpriority creditor's name and mailing address**
**H2-Xpress**
**1872 N Clybourn, Suite 607**
**Chicago, IL 60614**

Date(s) debt was incurred ___

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: ___

Is the claim subject to offset? ■ No ☐ Yes

**$4,198.90**

---

| Debtor | **V820Jackson, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.26** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$148.01**

**Illinois Labor Law Poster Service**
**1337 Wabash Ave Ste B # 1005**
**Springfield, IL 62704**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.27** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$28,784.01**

**Innova Solutions, Inc.**
**1455 Lincoln Parkway East, STE 450**
**Atlanta, GA 30346**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.28** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$7.67**

**IUOE Local 399 Deferred Compensatio**
**PO Box 94452**
**Chicago, IL 60690**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **24LF**

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.29** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,723.19**

**IUOE Local 399- H&W Fund**
**2260 South Grove Street**
**Chicago, IL 60616**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.30** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$61.50**

**IUOE Local 399- PEF**
**2260 South Grove Street**
**Chicago, IL 60616**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.31** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$12,743.94**

**Kastle Chicago LLC**
**PO Box 781263**
**Philadelphia, PA 19178**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.32** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$12,000.00**

**Kineo Group Inc.**
**625 W Adams St**
**Chicago, IL 60661**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **V820Jackson, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.33** | Nonpriority creditor's name and mailing address
**Legends / JMI Rights Holders LLC**
**820 W Jackson Blvd**
**Chicago, IL 60607**

Date(s) debt was incurred _____

Last 4 digits of account number   **0023**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _____

Is the claim subject to offset? ■ No ☐ Yes

**$24,050.00**

---

**3.34** | Nonpriority creditor's name and mailing address
**Liberty Fire Equipment, Inc.**
**168 S. Schuyler Ave**
**Bradley, IL 60915**

Date(s) debt was incurred _____

Last 4 digits of account number   **358A**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _____

Is the claim subject to offset? ■ No ☐ Yes

**$1,012.46**

---

**3.35** | Nonpriority creditor's name and mailing address
**Midway Building Services**
**33 N LaSalle Street, Suite 3200**
**Chicago, IL 60602**

Date(s) debt was incurred _____

Last 4 digits of account number _____

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _____

Is the claim subject to offset? ■ No ☐ Yes

**$61,498.51**

---

**3.36** | Nonpriority creditor's name and mailing address
**Morcom Construction Co.**
**521 East 67th Street**
**Chicago, IL 60637**

Date(s) debt was incurred _____

Last 4 digits of account number   **2001**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _____

Is the claim subject to offset? ■ No ☐ Yes

**$6,700.00**

---

**3.37** | Nonpriority creditor's name and mailing address
**North American Corporation of Illin**
**PO Box 7410586**
**Chicago, IL 60674**

Date(s) debt was incurred _____

Last 4 digits of account number _____

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _____

Is the claim subject to offset? ■ No ☐ Yes

**$3,884.50**

---

**3.38** | Nonpriority creditor's name and mailing address
**Operating Engineers Local No. 399 D**
**2260 South Grove Street**
**Chicago, IL 60616**

Date(s) debt was incurred _____

Last 4 digits of account number   **0325**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _____

Is the claim subject to offset? ■ No ☐ Yes

**$118.59**

---

**3.39** | Nonpriority creditor's name and mailing address
**Prudential Defense Solutions**
**210 W Front St #1077**
**Monroe, MI 48161**

Date(s) debt was incurred _____

Last 4 digits of account number _____

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _____

Is the claim subject to offset? ■ No ☐ Yes

**$17,421.35**

---

| Debtor | **V820Jackson, LLC** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$42.89** |
|---|---|---|---|

**Quadient (Equipment Rental), Inc**
**Dept. 3689, PO Box 123689**
**Dallas, TX 75312**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **5811**

Basis for the claim: _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$244.76** |
|---|---|---|---|

**Quench USA, Inc.**
**P.O. Box 735777**
**Dallas, TX 75373**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,171.00** |
|---|---|---|---|

**Raincoat Roof Maintenance Inc.**
**2600 S 17th Avenue**
**Broadview, IL 60155**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **6596**

Basis for the claim: _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$16,250.00** |
|---|---|---|---|

**Reilly & Dooley LLC**
**30 N Lasalle St, Suite 2330**
**Chicago, IL 60602**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,966.45** |
|---|---|---|---|

**Reliable Fire and Security**
**12845 South Cicero Ave**
**Alsip, IL 60803**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,997.59** |
|---|---|---|---|

**Schindler Elevator Corporation**
**PO Box 93050**
**Chicago, IL 60673**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$175.00** |
|---|---|---|---|

**Secretary of State,**
**Department of Business Service**
**501 S. 2nd Street, Rm 351**
**Springfield, IL 62756-6000**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **2023**

Basis for the claim: _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| Debtor | **V820Jackson, LLC** | Case number (if known) |
|---|---|---|
| | Name | |

---

| 3.47 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,646.21 |
|---|---|---|---|
| | **Semmer Landscape, LLC** | ☐ Contingent | |
| | **18450 South Cicero Avenue** | ☐ Unliquidated | |
| | **Country Club Hills, IL 60478** | ☑ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: _ | |
| | | Is the claim subject to offset? ☑ No ☐ Yes | |

---

| 3.48 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $113.93 |
|---|---|---|---|
| | **Sherwin- Williams Company** | ☐ Contingent | |
| | **1061 W Jackson Blvd, Suite D** | ☐ Unliquidated | |
| | **Chicago, IL 60607** | ☑ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number **2030** | Basis for the claim: _ | |
| | | Is the claim subject to offset? ☑ No ☐ Yes | |

---

| 3.49 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $800.00 |
|---|---|---|---|
| | **Silesia Glass Services LTD** | ☐ Contingent | |
| | **10116 Pacific Ave** | ☐ Unliquidated | |
| | **Franklin Park, IL 60131** | ☑ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number **4820** | Basis for the claim: _ | |
| | | Is the claim subject to offset? ☑ No ☐ Yes | |

---

| 3.50 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,449.74 |
|---|---|---|---|
| | **SMG Security Holdings, LLC** | ☐ Contingent | |
| | **PO Box 775520** | ☐ Unliquidated | |
| | **Chicago, IL 60677** | ☑ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: _ | |
| | | Is the claim subject to offset? ☑ No ☐ Yes | |

---

| 3.51 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,800.00 |
|---|---|---|---|
| | **SP Plus Corporation** | ☐ Contingent | |
| | **8037 Collection Center Drive** | ☐ Unliquidated | |
| | **Chicago, IL 60693** | ☑ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: _ | |
| | | Is the claim subject to offset? ☑ No ☐ Yes | |

---

| 3.52 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $102.65 |
|---|---|---|---|
| | **Staples, Inc.** | ☐ Contingent | |
| | **PO Box 105638** | ☐ Unliquidated | |
| | **Atlanta, GA 30348** | ☑ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number **7905** | Basis for the claim: _ | |
| | | Is the claim subject to offset? ☑ No ☐ Yes | |

---

| 3.53 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $64,698.46 |
|---|---|---|---|
| | **Titan Security Services, LLC** | ☐ Contingent | |
| | **PO BOX 95790** | ☐ Unliquidated | |
| | **Chicago, IL 60694** | ☑ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: _ | |
| | | Is the claim subject to offset? ☑ No ☐ Yes | |

---

| Debtor | **V820Jackson, LLC** | Case number *(if known)* | |
| | Name | | |

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $383.64 |
|---|---|---|---|

**UniFirst**
**2801 Unifirst Drive**
**Owensboro, KY 42301**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $123.00 |
|---|---|---|---|

**View My Space LLC**
**1721 N Western Ave., Suite 1**
**Chicago, IL 60647**

Date(s) debt was incurred _

Last 4 digits of account number  0002

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $11,528.64 |
|---|---|---|---|

**Willis Towers Watson**
**35371 Network Place**
**Chicago, IL 60673**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,731.95 |
|---|---|---|---|

**Ziken Signage, LLC**
**2135 W. Carroll Ave**
**Chicago, IL 60612**

Date(s) debt was incurred _

Last 4 digits of account number  470T

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:    List Others to Be Notified About Unsecured Claims**

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   **If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

5. Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $  0.00 |
| **5b. Total claims from Part 2** | 5b.  + | $  3,326,135.36 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $  3,326,135.36 |

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Northern District of Illinois

In re   **V820Jackson, LLC**

Debtor(s)

Case No. _____

Chapter   **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---:|
| For legal services, I have agreed to accept | $ | 17,000.00 |
| Prior to the filing of this statement I have received | $ | 17,000.00 |
| Balance Due | $ | 0.00 |

2.   The source of the compensation paid to me was:

☐ Debtor      ■ Other (specify):   **CRAYTON V820Jackson LLC**

3.   The source of compensation to be paid to me is:

■ Debtor      ☐ Other (specify):

4.   ■  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐  I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:  To give Debtor legal advice and assistance with respect to its powers and duties as a debtor-in-possession; to assist Debtor in the negotiation, formulation and drafting of a Plan of Reorganization and Disclosure Statement and to represent Debtor in the confirmation process; to examine claims asserted against Debtor; to take such action as may be necessary with reference to claims that may be asserted against Debtor, and to prepare, on behalf of Debtor, such applications, motions, complaints, orders, reports and other legal papers as may be necessary in connection with this proceeding and to perform all other legal services for Debtor which may be required; to assist and represent Debtor in all adversary proceedings and contested matters, including motions for the use of cash collateral, for the sale of real and personal property, to modify the automatic stay, for the approval of DIP financing and to appoint professionals; to represent Debtor in its dealings with the Office of the United States Trustee and with creditors of the estate; to assist and represent Debtor in litigation in the State and Federal courts, where  Debtor is a party or seeking to become a party, or otherwise become involved to protect Debtor's interests and rights.

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following service: N/A

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**May 11, 2025**

*Date*

**/s/ Ariel Weissberg**

**Ariel Weissberg 03125591**
*Signature of Attorney*
**Weissberg and Associates, Ltd.**
**125 South Wacker Drive**
**Suite 300**
**Chicago, IL 60606**
**312-663-0004  Fax: 312-663-1514**
**ariel@weissberglaw.com**
*Name of law firm*

# WEISSBERG AND ASSOCIATES, LTD.

125 South Wacker Drive                                      Telephone: 312-663-0004
Suite 300                                              Facsimile: 312-663-1514
Chicago, Illinois 60606                              E-Mail: ariel@weissberglaw.com

May 9, 2025

**AMENDED AGREEMENT**

V820 Jackson, LLC                          By Email: jabell@craytonadvisors.com
c/o Mr. John Abell
850 W. Jackson
Chicago, Illinois 60607

Re:     Chapter 11 Bankruptcy Case for V820 Jackson, LLC

Dear Mr. Abell:

We are pleased that you have requested this law firm to represent V820 Jackson, LLC ("Client") in connection with the above-captioned matter. Lawyers are required, under the Rules of Professional Conduct, to communicate in writing the basis or rate of their fee when beginning the representation of a client. This letter sets forth the terms concerning our representation of Client.

Client agrees to pay our firm an advanced payment fee in the amount of $17,000.00 (the "Advanced Payment Retainer"), plus a court filing fee of $1,738.00, from which we will credit against our legal services as rendered and advance against any reimbursable costs and expenses, which amount is paid to us for the purpose of establishing our attorney-client relationship.

We will bill Client based on an hourly basis--to be applied against the Advanced Payment Retainer.  Our billing is based on the following rates for the attorneys of Weissberg and Associates:

|  |  |
|---|---|
| Ariel Weissberg: | $475.00 per hour |
| Rakesh Khanna: | $400.00 per hour |
| David Jankura: | $300.00 per hour |
| Paralegal: | $150.00 per hour |

Client shall also be responsible for the payment of all cost charges such as filings with courts and government agencies, photocopying, express courier services, messenger services, computerized legal research, travel, and other expenses and charges which are incurred by our firm in the Clients' representation.

1 of 2

Mr. John Abell
May 9, 2025
Page -2-


      Please date and countersign this letter and return it to me with a check in the amount of the Advanced Payment Retainer and filing fee ($18,738.00) so that we will have a written mutual memorandum of our understanding.  Please retain the signed copy of the letter for your file.

                  Yours truly,

                  Ariel Weissberg


AW/hw

**ACCEPTED this __11th__ day of May, 2025**

**_____**
**John Abell, the authorized representative**
**of V820 Jackson, LLC**

2 of 2

# United States Bankruptcy Court
## Northern District of Illinois

In re   **V820Jackson, LLC** _____   Case No. _____

Debtor(s)   Chapter   **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **AV Wheaton Town Square I, LLC**<br>**1209 Orange Street**<br>**Wilmington, DE 19801** | | | **100% Member** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Manager** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **May 11, 2025** _____   Signature   **/s/ Andrew P. Vaccaro**

**Andrew P. Vaccaro**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

# United States Bankruptcy Court
### Northern District of Illinois

In re   **V820Jackson, LLC** _____   Case No. _____
                                           Debtor(s)        Chapter   **11** _____

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors: _____ **58**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:   **May 11, 2025** _____        **/s/ Andrew P. Vaccaro** _____
                                                **Andrew P. Vaccaro/Manager**
                                                Signer/Title

820 W. Jackson, LLC
c/o Monte Mann, Armstrong Teasdale
100 N. Riverside Plaza
Chicago, IL 60606


A. Messe Supply Corp.
2500 W. Lake Street
Chicago, IL 60612


Access One, Inc.
PO Box 74008744
Chicago, IL 60674


Anderson Lock Company, Ltd
850 E. Oakton St
Des Plaines, IL 60018


Antarctic Mechanical Systems, Inc.
9341 Ada Don Parkway
Woodridge, IL 60517


Atomatic Mechanical Services Inc.
3733 N Ventura Dr
Arlington Heights, IL 60004


CBRE, Inc.
PO Box 15531, Location Code 2993
Chicago, IL 60696


Celtic Commercial Painting LLC
10204 Werch Drive, Suite 303
Woodridge, IL 60517


Central Pension Fund
PO Box 418433
Boston, MA 02241


Christopher Glass & Aluminum, Inc
832 Industrial Dr,
Elmhurst, IL 60126


Conservice, LLC DBA Goby ESG
PO Box 1500
Hemet, CA 92546

Cushman & Wakefield U.S., Inc.
225 West Wacker Drive, Suite 3000
Chicago, IL 60606

Daspin & Aument, LLP
300 S. Wacker Drive, Suite 2200
Chicago, IL 60606

Domain Networks
PO Box 1280
Hendersonville, NC 28793

Dreisilker Electric Motors Inc
PO Box 88528
Milwaukee, WI 53288

Dykema Gosset PLLC
400 Renaissance Center
Detroit, MI 48243

E Sam Jones Distributor, Inc
P.O. Box 536794
Atlanta, GA 30353

Everest Snow Management Inc.
642 Forestwood Dr
Chicago, IL 60646

Every Little Detail Event Planning,
740 Edinburgh Court
Barrington, IL 60010

FedEx
P.O. Box 94515
Palatine, IL 60094

Finkel, Martwick & Colson
203 N. LaSalle St, Suite 135
Chicago, IL 60601

Fulcrum Commercial Real Estate
   Services LLC
125 Park Avenue, 9th Floor
New York, NY 10017

Global Equipment Company
29833 Network Place
Chicago, IL 60673


Gremley & Biedermann
PO Box 92170
Elk Grove Village, IL 60009


H2-Xpress
1872 N Clybourn, Suite 607
Chicago, IL 60614


Huntington National Bank
c/ Andrew Eres, Dickenson Wright
55 W. Monroe, Suite 1200
Chicago, IL 60603


Illinois Labor Law Poster Service
1337 Wabash Ave Ste B # 1005
Springfield, IL 62704


Innova Solutions, Inc.
1455 Lincoln Parkway East, STE 450
Atlanta, GA 30346


IUOE Local 399 Deferred Compensatio
PO Box 94452
Chicago, IL 60690


IUOE Local 399- H&W Fund
2260 South Grove Street
Chicago, IL 60616


IUOE Local 399- PEF
2260 South Grove Street
Chicago, IL 60616


Kastle Chicago LLC
PO Box 781263
Philadelphia, PA 19178


Kineo Group Inc.
625 W Adams St
Chicago, IL 60661

Legends / JMI Rights Holders LLC
820 W Jackson Blvd
Chicago, IL 60607


Liberty Fire Equipment, Inc.
168 S. Schuyler Ave
Bradley, IL 60915


Midway Building Services
33 N LaSalle Street, Suite 3200
Chicago, IL 60602


Morcom Construction Co.
521 East 67th Street
Chicago, IL 60637


North American Corporation of Illin
PO Box 7410586
Chicago, IL 60674


Operating Engineers Local No. 399 D
2260 South Grove Street
Chicago, IL 60616


Prudential Defense Solutions
210 W Front St #1077
Monroe, MI 48161


Quadient (Equipment Rental), Inc
Dept. 3689, PO Box 123689
Dallas, TX 75312


Quench USA, Inc.
P.O. Box 735777
Dallas, TX 75373


Raincoat Roof Maintenance Inc.
2600 S 17th Avenue
Broadview, IL 60155


Reilly & Dooley LLC
30 N Lasalle St, Suite 2330
Chicago, IL 60602

Reliable Fire and Security
12845 South Cicero Ave
Alsip, IL 60803


Schindler Elevator Corporation
PO Box 93050
Chicago, IL 60673


Secretary of State,
Department of Business Service
501 S. 2nd Street, Rm 351
Springfield, IL 62756-6000


Semmer Landscape, LLC
18450 South Cicero Avenue
Country Club Hills, IL 60478


Sherwin- Williams Company
1061 W Jackson Blvd, Suite D
Chicago, IL 60607


Silesia Glass Services LTD
10116 Pacific Ave
Franklin Park, IL 60131


SMG Security Holdings, LLC
PO Box 775520
Chicago, IL 60677


SP Plus Corporation
8037 Collection Center Drive
Chicago, IL 60693


Staples, Inc.
PO Box 105638
Atlanta, GA 30348


Titan Security Services, LLC
PO BOX 95790
Chicago, IL 60694


UniFirst
2801 Unifirst Drive
Owensboro, KY 42301

View My Space LLC
1721 N Western Ave., Suite 1
Chicago, IL 60647


Willis Towers Watson
35371 Network Place
Chicago, IL 60673


Ziken Signage, LLC
2135 W. Carroll Ave
Chicago, IL 60612

# United States Bankruptcy Court
## Northern District of Illinois

In re    **V820Jackson, LLC**

Debtor(s)

Case No.

Chapter    **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **V820Jackson, LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**AV Wheaton Town Square I, LLC
1209 Orange Street
Wilmington, DE 19801**

☐ None [*Check if applicable*]

**May 11, 2025**

Date

**/s/ Ariel Weissberg**

**Ariel Weissberg 03125591**

Signature of Attorney or Litigant

Counsel for   **V820Jackson, LLC**

**Weissberg and Associates, Ltd.
125 South Wacker Drive
Suite 300
Chicago, IL 60606
312-663-0004 Fax:312-663-1514
ariel@weissberglaw.com**