**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Bankruptcy Case No. 25-07228 |
| | ) | |
| V820Jackson, LLC, | ) | Chapter 11 |
| | ) | |
| | ) | |
| Debtor. | ) | Honorable David H. DeCelles |
| | ) | |

**SCHEDULING ORDER**

This matter coming before the Court on the United States Trustee's Motion to Convert or Dismiss the Bankruptcy Case Pursuant to 11 U.S.C. 1112(b) and Federal Rules of Bankruptcy Procedure 1017(f) (Docket No. 175),

IT IS ORDERED that:

1.     The Debtor's response shall be filed by May 20, 2026.

2.     The United States Trustee's reply shall be filed by June 3, 2026.

3.     This matter is set for status on May 27, 2026 at 10:00 a.m. in Courtroom 615, 219 S. Dearborn St., Chicago, IL 60604 and via Zoom for Government (Meeting ID: 161 711 3453, Passcode: 477854).

Dated: May 6, 2026

ENTER:

Honorable David H. DeCelles
United States Bankruptcy Judge