# EXHIBIT 1

5/14/2025 12:40 PM

**Rent Roll**
Property: v820  From Date: 05/01/2025  By Property

| Property | Unit(s) | Lease | Lease Type | Area | Lease From | Lease To | Term | Monthly Rent | Monthly Rent Per Area | Annual Rent | Annual Rent Per Area | Annual Rec. Per Area | Annual Misc Per Area | Security Deposit | LOC Amount/ Bank Guarantee |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **v820 - V820 Jackson, LLC,Chicago** | | | | | | | | | | | | | | | |
| **Current Leases** | | | | | | | | | | | | | | | |
| v820 | 150, B155A | THING5 LLC DBA Cloud5 Communications | Office Modified Gross - 95% GU | 7,109.00 | 7/1/2017 | 1/31/2029 | 139.00 | 535.41 | 0.08 | 6,424.92 | 0.90 | 0.80 | 0.00 | 52,372.50 | 0.00 |
| v820 | 150A | Birdiebox LLC | Office Modified Gross - 100% GU | 2,773.00 | 8/1/2023 | 12/31/2028 | 65.00 | 7,940.75 | 2.86 | 95,289.00 | 34.36 | 0.00 | 0.00 | 18,775.53 | 0.00 |
| v820 | 210, B155C | Electronic Media Technicians, LLC | Office Modified Gross - 95% GU | 2,204.00 | 12/1/2019 | 11/30/2025 | 72.00 | 6,663.64 | 3.02 | 79,963.68 | 36.28 | 3.64 | 0.00 | 7,196.67 | 0.00 |
| v820 | 250, 250A, B160B | Mentice, Inc. | Office Modified Gross - 100% GU | 6,982.00 | 2/1/2018 | 8/31/2025 | 91.00 | 20,626.14 | 2.95 | 247,513.68 | 35.45 | 3.63 | 0.00 | 0.00 | 0.00 |
| v820 | 310 | High Jump | Office Modified Gross - 100% GU | 3,152.00 | 6/1/2023 | 5/31/2029 | 72.00 | 8,668.00 | 2.75 | 104,016.00 | 33.00 | 1.03 | 0.00 | 0.00 | 0.00 |
| v820 | 350 | Digital Intent, LLC | Office Modified Gross - 95% GU | 6,811.00 | 1/1/2019 | 7/31/2026 | 91.00 | 20,670.59 | 3.03 | 248,047.08 | 36.42 | 4.11 | 0.00 | 0.00 | 0.00 |
| v820 | 425 | Azcon, Inc. | Office Modified Gross - 100% GU w/ Cap | 5,331.00 | 10/1/2015 | 12/31/2026 | 135.00 | 15,770.88 | 2.96 | 189,250.56 | 35.50 | 1.68 | 0.00 | 0.00 | 0.00 |
| v820 | 490, P-11, P-14, P-15, P_12 | Cooler Logistics LLC | Office Modified Gross - 100% GU | 10,717.00 | 9/1/2023 | 1/31/2030 | 77.00 | 32,061.88 | 2.99 | 384,742.56 | 35.90 | 0.00 | 0.00 | 121,459.33 | 0.00 |
| v820 | 515, 520 | Kirsten S. Langley, PSYD, P.C. | Office Modified Gross - 100% GU | 1,319.00 | 3/1/2017 | 2/28/2026 | 108.00 | 3,457.84 | 2.62 | 41,494.08 | 31.46 | 5.11 | 0.00 | 8,730.52 | 0.00 |
| v820 | 550 | Crayton Management, LLC | Office Modified Gross - 100% GU | 4,996.00 | 1/1/2022 | 12/31/2031 | 120.00 | 14,988.00 | 3.00 | 179,856.00 | 36.00 | 1.68 | 0.00 | 0.00 | 0.00 |
| v820 | 650, B160A, P-2, P-6, P-7 | Access One, Inc. | Office Gross | 17,560.00 | 11/1/2008 | | 0.00 | 28,771.13 | 1.64 | 345,253.56 | 19.66 | 0.00 | 0.02 | 0.00 | 0.00 |
| v820 | 700 | Chicago Women's Soccer Academy, LLC | Office Modified Gross - 95% GU | 10,417.00 | 4/1/2023 | 8/31/2028 | 65.00 | 29,514.83 | 2.83 | 354,177.96 | 34.00 | 0.99 | 0.12 | 114,587.00 | 0.00 |
| v820 | 750 | Framestore, Inc. | Office Modified Gross - 95% GU | 10,284.00 | 3/1/2017 | 12/31/2027 | 130.00 | 29,736.80 | 2.89 | 356,841.60 | 34.70 | 7.06 | 0.00 | 143,976.00 | 0.00 |
| v820 | 815 | Fulton Market Group, LLC | Office Modified Gross - 95% GU | 5,266.00 | 11/12/2018 | 10/31/2029 | 132.00 | 14,920.33 | 2.83 | 179,043.96 | 34.00 | 0.00 | 0.00 | 14,042.67 | 0.00 |
| v820 | 850 | Jensen & Halstead, Limited | Office Modified Gross - 95% GU | 5,021.00 | 11/1/2017 | 5/31/2028 | 127.00 | 18,065.12 | 3.60 | 216,781.44 | 43.17 | 6.77 | 0.00 | 0.00 | 0.00 |
| v820 | B100E | Cocentric, LLC | Storage | 145.00 | 9/15/2022 | 9/14/2026 | 48.00 | 266.44 | 1.84 | 3,197.28 | 22.05 | 0.00 | 0.00 | 0.00 | 0.00 |
| v820 | EASE_ZL | The Herbal Care Center, Inc. | Retail | 0.00 | 4/7/2021 | 4/6/2031 | 120.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| v820 | TELCO_1 | Crown Castle Fiber, LLC | Office | 0.00 | 6/1/2017 | 5/31/2027 | 120.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| v820 | 100 | VACANT | | 4,741.00 | | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| v820 | 160 | VACANT | | 2,199.00 | | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| v820 | 200 | VACANT | | 8,489.00 | | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| v820 | 225 | VACANT | | 0.00 | | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| v820 | 240 | VACANT | | 3,399.00 | | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| v820 | 300 | VACANT | | 3,681.00 | | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| v820 | 320 | VACANT | | 2,282.00 | | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| v820 | 330 | VACANT | | 4,856.00 | | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| v820 | 400 | VACANT | | 4,948.00 | | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| v820 | 500 | VACANT | | 10,420.00 | | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| v820 | 525 | VACANT | | 4,070.00 | | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| v820 | 600 | VACANT | | 3,598.00 | | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| v820 | 800 | VACANT | | 6,280.00 | | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| v820 | 805 | VACANT | | 4,366.00 | | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| v820 | B100 | VACANT | | 4,016.00 | | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| v820 | B100A | VACANT | | 0.00 | | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| v820 | B115 | VACANT | | 1,985.00 | | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| v820 | B125 | VACANT | | 986.00 | | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| v820 | B150 | VACANT | | 620.00 | | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| v820 | B155B | VACANT | | 200.00 | | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| v820 | B155D | VACANT | | 245.00 | | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| v820 | B160 | VACANT | | 1,352.00 | | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| v820 | B160C | VACANT | | 650.00 | | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| v820 | B160C-1 | VACANT | | 0.00 | | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| v820 | B165 | VACANT | | 1,815.00 | | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| v820 | P-1 | VACANT | | 0.00 | | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| v820 | P-10 | VACANT | | 0.00 | | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| v820 | P-13 | VACANT | | 0.00 | | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| v820 | P-17 | VACANT | | 0.00 | | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| v820 | P-18 | VACANT | | 0.00 | | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| v820 | P-19 | VACANT | | 0.00 | | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| v820 | P-20 | VACANT | | 0.00 | | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| v820 | P-3 | VACANT | | 0.00 | | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| v820 | P-4 | VACANT | | 0.00 | | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| v820 | P-5 | VACANT | | 0.00 | | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| v820 | P-8 | VACANT | | 0.00 | | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| v820 | P-9 | VACANT | | 0.00 | | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Total Current** | | | | **175,285.00** | | | | **252,657.78** | **1.44** | **3,031,893.36** | **17.30** | **1.21** | **0.18** | **481,140.22** | **0.00** |

| | Total Units | Total Area | Percentage | Monthly Rent | Annual Rent |
|---|---|---|---|---|---|
| Occupied | 32.00 | 100,087.00 | 57.10 | 252,657.78 | 3,031,893.36 |
| Vacant | 37.00 | 75,198.00 | 42.90 | 0.00 | 0.00 |
| **Total** | **69.00** | **175,285.00** | | **252,657.78** | **3,031,893.36** |