# EXHIBIT 2

## STRATEGIC CREDITORS OF V820JACKSON, LLC

Access One, Inc.

Antarctic Mechanical Systems, Inc.

Atomatic Mechanical Services Inc.

CBRE, Inc.

Christopher Glass & Aluminum Inc.

Cushman & Wakefield U.S., Inc.

Daspin & Aument, LLP

Fulcrum Commercial Real Estate Services LLC

Gremley & Beederman, Ltd.

H2-Xpress

Kastle Chicago LLC

Liberty Fire Equipment, Inc.

Midway Building Services

Prudential Defense Solutions

Reilly & Dooley LLC

Reliable Fire and Security

Schindler Elevator Corporation

Secretary of State of Illinois

Silesia Glass Services, Ltd.

Ziken Signage, LLC