**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **IN RE:** | ) | **Chapter 11** |
| | ) | |
| | ) | **Case No. 25-07228** |
| **V820JACKSON, LLC,** | ) | |
| | ) | **Honorable David H. DeCelles** |
| Debtor. | ) | **Room 615** |

## NOTICE OF FILING

To:     See Attached Service List

PLEASE TAKE NOTICE THAT on May 11, 2026, we caused to be filed with the Clerk of the United States Bankruptcy Court for the Northern District of Illinois, Eastern Division: ***Debtor's Second Amended Chapter 11 Plan of Reorganization***, a copy of which is attached hereto and served upon you.

**V820JACKSON, LLC,** Debtor

By**:**      /s/ Ariel Weissberg
  One of its attorneys

Ariel Weissberg, Esq.
Weissberg and Khanna, Ltd.
125 South Wacker, Suite 300
Chicago, Illinois 60606
T. 312-663-0004 // F. 312-663-1514
Email: ariel@weissberglaw.com
Attorney No. 03125591

## CERTIFICATE OF SERVICE

I, Ariel Weissberg, certify that on October 16, 2025, I caused ***Debtor's Second Amended Chapter 11 Plan of Reorganization*** to be filed electronically.  Notice of this filing was sent to all parties registered with the court's ECF electronic transmission, including to the following parties:

Adam G. Brief, Esq.
Suhey Ramirez, Esq.
Office of the U.S. Trustee, Region 11
219 S Dearborn St., Room 873
Chicago, IL 60604-2027
Email: USTPRegion11.ES.ECF@usdoj.gov

Andrew H. Eres, Esq.
Dickinson Wright PLLC
55 W. Monroe, Suite 1200
Chicago, IL 60603
Email: aeres@dickinsonwright.com
*(for The Huntington National Bank)*

Stephen M. Montgomery, Esq.
Dickinson Wright PLLC
424 Church Street, Suite 800
Nashville, TN 37219
Email: smontgomery@dickinson-wright.com
*(for The Huntington National Bank)*

Julie A. Johnston-Ahlen, Esq.
Erin Edelman, Esq.
Armstrong Teasdale LLP
100 North Riverside Plaza
Chicago, Illinois 60606
Email: jja@atllp.com; eedelman@atllp.com
*(on behalf of Creditor 820 West Jackson L.L.C.)*

Bruce LeMoine, Esq.
Armstrong Teasdale LLP
7700 Forsyth Blvd, Suite 1800
St. Louis, MO 63105
Email: blemoine@atllp.com
*(on behalf of Creditor 820 West Jackson L.L.C.)*

Sean P. Williams, Esq.
Levenfeld Pearlstein
120 S. Riverside Plaza, Suite 1800
Chicago, IL 60606
Email: swilliams@lplegal.com
*(for Midway Building Services, Ltd.)*

Carolina Y. Sales, Esq.
Robbins DiMonte
216 West Higgins Road
Park Ridge, Illinois 60068
Email: csales@robbinsdimonte.com
*(for Andrew P. Vaccaro)*

Paulina Garga-Chmiel, Esq.
10 S. Wacker Drive, Suite 2300
Chicago, Illinois 60606
Email: pgarga@dykema.com
*(for Dykema Gossett PLLC)*

    /s/ Ariel Weissberg
Ariel Weissberg