# EXHIBIT 3



August 4, 2026

The "Borrowers" and "Guarantors" (as defined below)
Attention:   John Abell
Crayton Advisors

RE:     Term Loan

Dear Mr. Abell:

Dry Creek Capital Partners, LP ("**Dry Creek**") is pleased to present this preliminary term sheet (this "**Term Sheet**"), which sets forth certain terms and conditions upon which Dry Creek would consider providing the financing described herein.

This Term Sheet is for initial consideration and discussion purposes only. This Term Sheet does not constitute an offer, a commitment, or an undertaking by Dry Creek to provide financing to the Borrower described below ("**Borrower**"), or an acceptance by Borrower of any financing. Notwithstanding the foregoing, the parties hereto agree that the provisions contained in the paragraphs entitled "Closing Expenses," "Exclusivity Period," "Confidentiality," "Miscellaneous," and "No Commitment" shall be legally binding on the parties.

| | |
|---|---|
| ***Lender:*** | Dry Creek or one or more entities managed by Dry Creek. |
| ***Borrower:*** | V820 Jackson, LLC, the Reorganized Debtor under its confirmed Chapter 11 Plan. |
| ***Ground Lease:*** | Ground Lease for 820 Jackson dated October 16, 2015, between 820 West Jackson L.L.C., as Landlord, and Borrower, as tenant. |
| ***Plan:*** | Borrower's confirmed Chapter 11 Plan which shall in all respects be acceptable to Lender. |
| ***Confirmation Order:*** | Order of the Bankruptcy Court confirming the Plan which shall in all respects be acceptable to Lender |
| **Tranche A Loan**: | At closing, Lender will provide $5,800,000 in financing the proceeds of which are to be used for the purposes shown on shown on <u>Exhibit A</u> attached hereto (the "**Tranche A Loan**"). |

1

4911-9666-1444.3



| | |
|---|---|
| ***Tranche B Loan***: | To the extent requested by Borrowers and agreed to by Lender, and provided no default or event of default exists, additional advances not to exceed $3,750,000 for tenant improvement expenses (the "**Tranche B Loan**" and together with the Tranche A Loan, collectively, the "**Loan**"). |
| ***Loan Amount***: | The aggregate amount of the Loan shall be up to $9,550,000 (the "**Loan Amount**"). |
| ***New Equity***: | At closing, $2,250,000 of new equity will be contributed to Borrowers and used for tenant improvements. Borrower will show evidence that equity capital is committed by August 4, 2026. |
| ***Use of Loan Proceeds:*** | The use of proceeds contemplated by the parties as of the date of this Term Sheet is shown on Exhibit A attached hereto. |
| ***Exclusivity Period:*** | Borrower agrees  to grant exclusivity for the Loan for 60 days from the execution of this Term Sheet (the "**Exclusivity Period**"). During the Exclusivity Period, neither Borrower nor any of their respective members, managers, employees, agents, representatives, or affiliates will seek, encourage, solicit, assist or consider any proposals relating to financing from sources other than Lender or the sale or assignment of the commercial  contract ("**Alternative Transaction**") or enter into any agreement or arrangement in connection with an Alternative Transaction. |
| ***Closing Fee:*** | 2% of the total Loan Amount fully earned and payable by Borrower to Lender at closing. |
| ***Interest Rate:*** | 15% per annum payable monthly, calculated daily on the outstanding principal amount of the Loan, from the date such Loan is made to and including the date of the repayment thereof, computed on the basis of a 360-day year.<br><br>Upon the occurrence and continuance of any event of default, the interest rate shall be 19.5%, payable in cash on demand. |
| ***Repayment:*** | Interest only payments shall become due monthly in arrears, with Lender to consider permitting a portion of such payments to be paid-in-kind upon completion of diligence. All unpaid principal and interest shall become due two (2) years after the closing (the "**Maturity Date**"). Borrower shall use a portion of the Tranche A  Loan to fund an interest reserve in an amount acceptable to Lender, from which Lender will fund any shortfalls in NOI to pay schedule interest payments so long as no default or event of default exists. |

2

4911-9666-1444.3



| | |
|---|---|
| ***Cash Flow Sweep:*** | In addition to the regular monthly interest payments provided for in the above section Borrower shall pay, on a quarterly basis, any additional NOI in excess of the interest payments, additional maintenance expenditures and a small operating cash amount. To the extent they are in excess of the interest payments, these payments will reduce the Loan Amount. |
| ***Exit Fee:*** | An exit fee (the "**Exit Fee**") in an amount equal to the greater of (i) 2% of the Loan Amount, or (ii) the Minimum Return Amount. The Exit Fee shall be fully earned at the closing and shall be due and payable on the Exit Date. For purposes of this Term Sheet, (a) "**Minimum Return Amount**" means, the amount, if any, when paid to Lender on the Exit Date, that will result in Lender having received a return on Lender's Invested Capital equal to the Target MOIC, (b) "**Exit Date**" means the earlier of the date on which the Loan is substantially repaid or the date on which the Loan matures whether by acceleration or otherwise, (c) "**Lender's Invested Capital**" means the Loan and all amounts advanced by Lender, and (d) "**Target MOIC**" means a multiple on Lender's Invested Capital equal to 1.20x, as determined by Lender. |
| ***Collateral:*** | First priority perfected security interest or other lien upon all Borrower's real and personal property and 100% of the equity interests of Borrower (the "**Collateral**"). The Collateral includes, without limitation, Borrower's leasehold interest in the real property located at the address on <u>Exhibit B</u> and all rights and entitlements related thereto (the "**Real Estate**"). In addition and prior to closing, borrower will provide signed leases showing that 820 W Jackson is 70% occupied. |
| ***Guaranty:*** | John Abell and Darren Solinger ("**Guarantors**") will provide a limited, $1,000,000 guaranty of the Loan, on a joint and several basis. Additionally, Guarantors will provide to Lender a limited recourse "bad act" guaranty (with customary indemnity and full spring recourse provisions) with respect to the Loan Amount and obligations under the Loan Documents. |
| ***Closing Date:*** | The Loan is anticipated to close no later than September 30, 2026, subject to satisfactory completion of definitive loan documents as described below and Lender's underwriting, due diligence, and credit investigation, confirmation of the Plan, and entry of the Confirmation Order and it becoming final. |
| ***Loan Documents:*** | The definitive loan documentation (the "**Loan Documents**") shall be negotiated as promptly as is reasonably practicable and shall contain the terms and conditions set forth herein. The Loan Documents shall include conditions to closing, representations and warranties, |

3

4911-9666-1444.3



affirmative covenants, negative covenants (including, without limitation, restrictions on additional debt, liens, sales, leasing, and distributions and subordination of management fees), requirements for disbursements, reserves (including tax, insurance, and repair/replacement reserves to the extent required by Lender), events of default, indemnification, payment of expenses, and such other provisions, terms and conditions customary for a transaction of this type.

Lender's first lien upon the Real Estate shall be insured by mortgagee title insurance policies paid for by Borrower and approved by Lender. Lender shall review available survey, environmental, and engineering information and may require updates or further customary real estate diligence information for closing and as post-closing matters on reasonable schedules, in Lender's discretion.

***Closing Expenses:*** Borrower and Guarantors, jointly and severally, will reimburse Lender for all of its reasonable expenses incurred in connection with due diligence, negotiating, and closing the Loan, including, without limitation, attorney's fees. Payment of such expenses shall be made regardless of whether the Loan closes. Concurrently with the approval of this Term Sheet, Guarantors have delivered to Lender a $50,000 retainer to be applied to Lender's expenses as incurred.

***Confidentiality:*** To the extent permitted by applicable law, this Term Sheet and its contents (including the terms of the Loan), as well as any definitive agreements and their terms, shall be kept strictly confidential by Borrower and Guarantors. Borrower and Guarantors agree not to, and to cause their members, managers, officers, shareholders, directors, employees, agents, representatives, subsidiaries, affiliates and other persons acting on their behalf not to, directly or indirectly, disclose to any person or entity the fact that the parties hereto are involved in discussions concerning the Loan.

***Miscellaneous:*** This Term Sheet shall be governed by the laws of the State of Colorado. Borrower, Guarantors and Lender hereby waive any right that each may have to a trial by jury in any action brought on this Term Sheet or in any way connected with or related to this Term Sheet. Unless Lender agrees otherwise or as otherwise required by applicable law, any legal proceeding in any way connected with or relating to this Term Sheet shall be maintained in a state or United States court of competent jurisdiction sitting in Denver, Colorado. Lender, Borrower and Guarantors hereby consent and submit themselves to the jurisdiction of the state and the United States courts of Colorado for the purposes of the adjudication of such legal proceedings.

4911-9666-1444.3



*No Commitment:*    *This Term Sheet does not represent a commitment or agreement by Lender to close or fund the Loan and is conditioned upon Lender's satisfaction as to all matters, in its discretion.*  No such commitment or agreement shall arise or be implied by any course of conduct in diligence or in working toward a closing or by any email or other written or oral statement by any person, it being the essence of this Term Sheet that an obligation to fund the Loan shall arise if and only if the parties execute by hand definitive documents to evidence and secure the Loan.

[Signature pages follow]

5

4911-9666-1444.3



**If Dry Creek does not receive Borrower and Guarantors acceptance of this Term Sheet before 5:00 pm EDT on August  4, 2026, at Dry Creek's option, this Term Sheet shall be of no further force and effect.**

Please indicate your acceptance of the matters set forth herein by signing in the place provided below and returning the executed Term Sheet via Portable Document Format (PDF) transmission to semerson@drycreekcp.com.

Sincerely,

Dry Creek Capital Partners

By _____

Its _____

**ACCEPTED AND AGREED:**

**BORROWER:**

Crayton Advisors, LLC

By: _____
Name: _____
Title: _____


**GUARANTORS:**

_____
           John Abell



_____
           Darren Solinger



_____


[Signature Page to Term Sheet]

4911-9666-1444.3



## EXHIBIT A

### Sources and Uses

| Sources | Totals | Notes |
|---|---|---|
| DCC Initial | $4,441,474 | *PTAX, GL Related, inbound other costs* |
| DCC Future Funding | $5,108,526 | Future Funding - TI's, Property Tax |
| Borrower 850 Equity | $300,000 | *$300k for 850 allocation* |
| Borrower Equity | $2,660,676 | *Original Equity Amount* |
| Total = | $12,510,676 | |

| Uses | Totals | Notes |
|---|---|---|
| Payment to Huntington | $2,100,000 | *Note Purchase Price Incl $300k 850 alloc* |
| Property Tax, Ground Lease | $3,678,178 | *PTAX/ GL Expenses* |
| Future Funding | $4,309,888 | Future Funding - TI's |
| Capex, Const payables, LC | $695,039 | |
| Post File Opex | $447,432 | *Updated PTAX Int and GL Expenses* |
| Total Admin Legal | $301,500 | |
| Interest Reserve | $450,000 | *3mos Resv* |
| Lender Points | $191,000 | **2.0% Closing Fee** |
| Closing Costs | $40,535 | |
| Property Tax Escrow | $297,103 | *PTAX Escrow* |
| Total = | $12,510,676 | |

| TI /Future Funding Reconciled | | |
|---|---|---|
| TI Initial 12 mos | $ 3,371,693 | *100% of 12mos Budgeted TI* |
| TI Budgeted Less Above | $ 938,195 | *50% of Remainder to 85%+ Occupancy* |
| TTL TI Projected | $ 4,309,888 | |

| Reconciled: CapEx, Const AP, LC | | |
|---|---|---|
| CapEx | $ 126,602 | |
| Constr Payables | $ 215,000 | Remainder of CCG AP paid at partnership level |
| LC Costs | $ 353,437 | |
| TOTAL | $ 695,039 | |

| BK/Admin Legal Reconciled | | |
|---|---|---|
| Admin/BK Legal/Expense Est | $ 140,000 | |
| Other Legal | $ 161,500 | DCC Estimated Legal |
| Total Admin/Legal Other Costs | $ 301,500 | |

[Exhibit to Term Sheet]

4911-9666-1444.3



**EXHIBIT B**

Real Estate

| Property | Address |
|---|---|
| Office Building | 820 W Jackson<br><br>Chicago, IL |
|  |  |

[Exhibit to Term Sheet]

4911-9666-1444.3