# EXHIBIT 4

## CHART SUMMARIZING TREATMENT OF CLAIMS

| CLASS OF CLAIM | TREATMENT | APPROXIMATE NUMBER OF CREDITORS | ESTIMATED ALLOWED CLAIM AMOUNTS | ESTIMATED PAYMENT FOR ALLOWED CLAIMS |
|---|---|---|---|---|
| Unclassified | Unclassified Claims shall be all Administrative Claims (unimpaired class). The claimants are Debtor's attorney, Ariel Weissberg, He will be paid pursuant to Order of the Court and pursuant to agreement between the Debtor and Claimants. He will be paid through the Exit Loan or revenues. | 1 | $50,000 | $50,000 |
| Class I | Class I Claims shall be all Allowed Priority Claims (impaired class). The only claimant in Class I is the undisputed claim of Central Pension Fund and IUOE Local 399. If allowed, these claims will be paid in full upon the Effective Date. | 2 | $11,881.91 | $11,881.91 |
| Class II | Class II Claims shall be the Allowed Claim of Huntington Bank (impaired class). This claimant will be paid $2,100,000 from the Exit loan to assign its claim to Dry Creek Capital or its affiliate. | 1 | $27,389,573.40 | $2,100,000.00 |
| Class III | Class III Claims shall be the Allowed Claim of 820 W. Jackson, LLC (unimpaired class). This claimant will be paid on its financial claims upon the consummation of the Exit Loan | 1 | $3,273,127.33 | $3,273,127.33 |
| Class IV | Class IV Claims shall be the Allowed Claim of general | 41 | $537,499.58 | $429,999.66 |

| | | | | |
|---|---|---|---|---|
| | unsecured creditors Vendors (impaired class).  These claimants will be paid 80% of total claims from the revenues of the Debtor and the Exit Loan in the first year from confirmation of the Plan. | | | |
| Class V | Class VI Interests. The membership interests of AV Wheaton Town Square I, LLC will be sold to the entity acting as the obligor of the Exit Loan or its affiliate. | 1 | $0.00 | $0.00 |